-----------------------------------X

# 07 CV 7253 ECF

Shanks v. USA, et al.

USDC SDNY

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

07 Civ. 7253 (BSJ)(HP)

-----------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           11/6/07

_____
United States District Judge