UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
REBECCA S. SHANKS,                                               Judge Jones
                Plaintiff(s),                          07 cv 7253

    - against -

UNITED STATES OF AMERICA, PETER ODIN,        **Defendant(s)**
and CONMUR CAB CORP,                                        **Disclosure of**
                Defendant(s).                          **Interested Parties**
-------------------------------------------------------------------x

       I, **MARJORIE E. BORNES**, attorney for defendant(s) **CONMUR CAB CORP. AND PETER ODIN**, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

       Pursuant to Local Rule 7.1 and upon information and belief, on behalf of Defendant CONMUR CAB CORP., I respectfully state that defendant is a domestic corporation of New York and has no corporate parents, subsidiaries or affiliates.

Dated: New York, N.Y.
       January 7, 2008                    Yours, etc.,


                              **MARJORIE E. BORNES, ESQ. (MB6505)**
                              Attorney for Defendant(s)
                              *Conmur Cab Corp and Odin*
                              330 West 34th Street -7th Floor
                              New York, NY 10001
                              (212) 857-8252

This disclosure must be completed by counsel for all defendants at the time of initial pleading and filed with the court.

Rule 7.1 - Disclosure Statement

       A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
REBECCA S. SHANKS,                                       Justice Jones
         Plaintiff(s),                                 07-CV-7253

  - against -

UNITED STATES OF AMERICA, PETER ODIN.        **Verified Answer**
CONMUR CAB CORP,                                              **Trial by Jury**
         Defendant(s).                                 **Demanded**
-------------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

    I hereby certify that on January 9, 2008 the foregoing document **RULE 7.1** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

**TO:**     **STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
            Attorney for Plaintiff(s) *Shanks*
            225 Broadway – Suite 2005
            New York, NY 10007
            (212) 564-9633

            **UNITED STATES ATTORNEYS OFFICE**
            **SOUTHERN DISTRICT OF NEW YORK**
            Attorneys for Defendant(s) *United States of America*
            86 Chambers Street
            New York, NY 10007
            (212) 637-2800


_____
MARJORIE E. BORNES, ESQ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-7253

REBECCA S. SHANKS,
                Plaintiff(s),
   - against -
UNITED STATES OF AMERICA, PETER ODIN
and CONMUR CAB CORP.,
                Defendant(s).

## **RULE 7.1**

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Conmur Cab Corp and Odin*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within*           *is hereby admitted.*

*Dated*      _____      *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a      duly entered in the office of the Clerk of the within Court on           , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon. , one of the Judges of the within named Court, at      on      at      A.M.
Dated

                **MARJORIE E. BORNES, ESQ.**
                *Attorney for Defendant(s)*
                *Conmur Cab Corp and Odin*
                330 West 34th Street - 7th Floor
                New York, NY 10001
                212-857-8252

TO:
Attorney for