UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
REBECCA S. SHANKS,   Justice Jones
        Plaintiff(s),   07-CV-7253

- against -

UNITED STATES OF AMERICA, PETER ODIN.
CONMUR CAB CORP,
        Defendant(s).
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

      I hereby certify that, on January 9, 2008, the **VERIFIED ANSWER WITH DEMAND FOR JURY TRIAL** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon:

**TO:    STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
       Attorney for Plaintiff(s) *Shanks*
       225 Broadway – Suite 2005
       New York, NY 10007
       (212) 564-9633

       **UNITED STATES ATTORNEYS OFFICE**
       **SOUTHERN DISTRICT OF NEW YORK**
       Attorneys for Defendant(s) *United States of America*
       86 Chambers Street
       New York, NY 10007
       (212) 637-2800

_____
MARJORIE E. BORNES, ESQ