UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

REBECCA S. SHANKS,                                    Justice Jones

                Plaintiff(s),                07-CV-7253

     - against -

UNITED STATES OF AMERICA, PETER ODIN.           **Interrogatories**
and CONMUR CAB CORP,

                Defendant(s).

-----------------------------------------------------------------x

**SIR(S):**

        **PLEASE TAKE** notice that the defendant(s)**,** require(s) that the plaintiff(s), **Rebecca S.**

**Shanks** , answer under oath, within the time prescribed by the rules of this Court, the

interrogatories annexed hereto.

Dated: New York, NY
       January 7,2008                         Yours, etc.,


                                _____

                                **MARJORIE E. BORNES, ESQ. MB6505**
                                Attorneys for Defendant(s)
                                *Conmur Cab Corp and Odin*
                                330 West 34th Street - 7th Floor
                                New York, NY 10001
                                (212) 857-8252

**TO:**    **STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
          Attorney for Plaintiff(s) *Shanks*
          225 Broadway – Suite 2005
          New York, NY 10007
          (212) 564-9633

          **UNITED STATES ATTORNEYS OFFICE**
          **SOUTHERN DISTRICT OF NEW YORK**
          Attorneys for Defendant(s) *United States of America*
          86 Chambers Street
          New York, NY 10007
          (212) 637-2800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
REBECCA S. SHANKS,                                          Justice Jones
                Plaintiff(s),                         07-CV-7253
    - against -

UNITED STATES OF AMERICA, PETER ODIN.              **Interrogatories**
and CONMUR CAB CORP,
                Defendant(s).
-----------------------------------------------------------------x

**SIRS:**

        **PLEASE TAKE NOTICE** that pursuant to Rule 33 of the Federal Rules of Civil

Procedure, the plaintiff is hereby required to answer under oath within thirty (30) days the

following interrogatories:

      1.     State plaintiff's full name, date and place of birth, present address, maiden name, if married, and social security number.

      2.     State plaintiff's home address at the time of the alleged accident.

      3.     The date and time of the occurrence.

      4.     The location of the accident in sufficient detail to permit identification, giving directions in which each car was proceeding.

      5.     Statement of the acts or omissions constituting the negligence claimed.

      6.     The statutes, rules, regulations or ordinances, if any, claimed to be violated, specifying the particular provisions and in what manner same were allegedly violated.

      7.     Describe in detail your version of the accident or occurrence setting forth the date, location, time and weather and specifying which part(s) of the respective vehicles came into contact with each other or with pedestrians, or fixed objects.

      8.     If the accident occurred at an intersection, set forth the type of traffic control device at said intersection, the direction in which each vehicle was traveling prior to the impact, and the location of impact in relation to the intersection.

      9.     Set forth whether plaintiff was a passenger or driver of a vehicle involved in the impact, identifying the vehicle, its direction of travel before impact and the place where it came to rest after impact.  If plaintiff was a pedestrian, indicate where plaintiff was immediately prior to impact and describe how plaintiff claims the accident occurred.

**IF PERSONAL INJURIES ARE BEING CLAIMED, SET FORTH (#s 10 through 19):**

10.    The nature, extent, location and duration of each and every injury alleged to have been sustained by the plaintiff and which, if any, are claimed to be permanent; together with a statement as to whether or not the plaintiff has ever sustained a previous or subsequent injury to those portions of the body which are being claimed herein and if so, the date of said injury.

11.    The length of time, giving specific dates, plaintiff was confined to (a) the hospital, (b) bed, and (c) home as a result of the alleged injuries.

12.    The amount of wages claimed lost.

13.    Total amounts claimed as special damages and names and addresses of all medical providers including all bills for: (a) physicians; (b) medical supplies; (c) nursing services; (d) hospitals; (f) x-ray or other diagnostic tests; and (g) any other items of special damages.

14.    Set forth in what respect plaintiff claims to have sustained a serious injury or economic loss as defined in Article 51 of the New York Insurance Law.

**IF A DEFECTIVE CONDITION IS CLAIMED (#s 15-17):**

15.    The defect claimed to have caused the occurrence, giving the nature, location and approximate size.

16.    If actual notice is claimed, give the date, time, place, manner, by whom and to whom said notice was given and, if in writing, furnish a copy. If oral, state the substance of the notice, to whom given and when.

17.    If constructive notice is claimed, state the nature of the condition and the length of time same is claimed to have existed.

18.    State the full name and last known address of every witness of facts and circumstances surrounding the happening of the incident referred to in the complaint or your alleged injuries including but not limited to, eyewitnesses to such event, as well as, medical witnesses and other persons having any knowledge thereof.

19.    State whether plaintiff's attorney or anyone acting for plaintiff or his behalf obtained statements in any form from any persons regarding any of the events or happenings that   occurred at the scene of the incident referred to in the complaint, providing the names and addresses of each person from whom said statement was taken.

20.    State the year, make and license plate number of each vehicle alleged to be involved in the accident.

**PLEASE TAKE FURTHER NOTICE** that these interrogatories shall be continuing so as

to require supplemental answers if additional information is obtained at the time the answers are

served and the time of trial.

**PLEASE TAKE FURTHER NOTICE** that in the event of plaintiff's failure to comply with the aforesaid demand within thirty (30) days, the undersigned will move this court as it deems appropriate for an order dismissing the action and rendering judgement by default for willful failure to disclose information.

Dated: New York, NY
       January 7,2008                          Yours, etc.,

                                    _____
                                    **MARJORIE E. BORNES, ESQ. MB6505**
                                    Attorneys for Defendant(s)
                                    *Conmur Cab Corp and Odin*
                                    330 West 34th Street - 7th Floor
                                    New York, NY 10001
                                    (212) 857-8252

**TO:**    **STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
            Attorney for Plaintiff(s) *Shanks*
            225 Broadway – Suite 2005
            New York, NY 10007
            (212) 564-9633

            **UNITED STATES ATTORNEYS OFFICE**
            **SOUTHERN DISTRICT OF NEW YORK**
            Attorneys for Defendant(s) *United States of America*
            86 Chambers Street
            New York, NY 10007
            (212) 637-2800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-7253

REBECCA S. SHANKS,

         Plaintiff(s),

   - against -

UNITED STATES OF AMERICA, PETER ODIN and
CONMUR CAB CORP.,

         Defendant(s).

## INTERROGATORIES

### MARJORIE E. BORNES, ESQ.

Attorney for Defendant(s) *Conmur Cab and Odin*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within*         *is hereby admitted.*

*Dated*    _____      *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a      duly entered in the office of the Clerk of the within Court
on      , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon.
, one of the Judges of the within named Court, at     on     at    A.M.
Dated

**MARJORIE E. BORNES, ESQ.**
*Attorney for Defendant(s)*
*Conmur Cab and Odin*
330 West 34th Street - 7th Floor
New York, NY 10001
212-857-8252

TO:
Attorney for