UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
REBECCA S. SHANKS,                                              Justice Jones
          Plaintiff(s),                                   07-CV-7253
    - against -

UNITED STATES OF AMERICA, PETER ODIN.
and CONMUR CAB CORP,
          Defendant(s).
-------------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK   )

    I hereby certify that on January 9, 2008 the foregoing **INTERROGATORIES** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

**TO:**    **STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
        Attorney for Plaintiff(s) *Shanks*
        225 Broadway – Suite 2005
        New York, NY 10007
        (212) 564-9633

        **UNITED STATES ATTORNEYS OFFICE**
        **SOUTHERN DISTRICT OF NEW YORK**
        Attorneys for Defendant(s) *United States of America*
        86 Chambers Street
        New York, NY 10007
        (212) 637-2800


_____
MARJORIE E. BORNES, ESQ