UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
REBECCA S. SHANKS,                                    Justice Jones
          Plaintiff(s),                         07-CV-7253
   - against -

UNITED STATES OF AMERICA, PETER ODIN.          **Notice to take**
CONMUR CAB CORP,                                **Depositions upon**
          Defendant(s).                         **Oral Examination**
----------------------------------------------------------------x

**SIR(S):**

    **PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony, upon oral examination of **Shanks and United States, as adverse parties** will be taken before a **NOTARY PUBLIC**, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as juror because of interest or because of consanguinity or affinity to any party herein, at **THE OFFICES OF MARJORIE E. BORNES, ESQ., 330 West 34th Street - 7th Floor, NEW YORK, N.Y. 10001** on the **20TH day of FEBRUARY, 2008 at 10:00** o'clock in the forenoon (OR TO BE DETERMINED BY ALL PARTIES) of that day with respect to evidence material and necessary in the prosecution-defense of this action:

    All of the relevant facts and circumstances in connection with the accident which is the subject of this litigation, including negligence, contributory negligence, liability and damages.

    That the said person to be examined is required to produce at such examination the following:

    Any and all books, records, papers, documents, and all memoranda relevant to the matters upon which said examination is to be conducted.

Dated: New York, NY
       January 7,2008                              Yours, etc.,

                                                 **MARJORIE E. BORNES, ESQ. MB6505**
                                                 Attorneys for Defendant(s)
                                                 *Conmur Cab Corp and Odin*
                                                 330 West 34th Street - 7th Floor
                                                 New York, NY 10001
                                                 (212) 857-82

Case 1:07-cv-07253-BSJ-HBP   Document 8   Filed 01/09/2008   Page 2 of 2