UNITED STATES DISTRICT COURT　　　　　　　　ELECTRONICALLY FILED 5/6/08
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
REBECCA SHANKS,

　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 07-CV-7253

　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　FRCP Rule 26 (a) Disclosure

　　　-against-

UNITED STATES OF AMERICA, PETER ODIN, and
CONMUR CAB CORP.,
　　　　　　　　　　Defendants.
-------------------------------------------------------------------x

　　.　Plaintiff, REBECCA SHANKS, by and through her attorney, Steven B. Kaufman, as and for her FRCP Rule 26 (a) Disclosure hereby sets forth the following:

1. The witnesses to the September 27, 2004 accident are:

Michael Berlianshik 1089 East 72nd St. Brooklyn, NY 11234, Phone No. Unknown
Peter Odin 277 West 127th St., 10 F New York, NY 10027, Phone No. Unknown
Rebecca Shanks 651 Anderson Road Jackson, NJ 08527, Phone No. 732 276-6853

Additionally, as a result of the accident plaintiff received extensive medical treatment. HIPPA compliant authorizations for all medical providers will provided forthwith.

2. Plaintiff is in possession of extensive hospital and medical records pertaining to treatment.

3. Damages are computed as follows: $13,000,000.00 for past pain and suffering and loss of enjoyment of life; $6,000,000.00 for future pain and suffering and loss of enjoyment; $275,000.00 for past lost earnings; $725,000.00 for future lost earnings. Employment records available through authorization to be provided forthwith.

4. Plaintiff is not in possession of any insurance agreement under which an insurance business my be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

S/
_____
Steven B. Kaufman (sk6568)
Attorney for the Plaintiff
225 Broadway, Suite 2005
New York, New York 10007
212 564-9633

To: Office of Marjorie E. Bornes
   Attorneys for Defendants
   Conmur Cab Corp. and Odin
   330 West 34th Street- 7th Floor
   New York, NY 10001
   212 857-8252

   Li Yu, Esq.
   Assistant United States Attorney
   Southern District of New York
   86 Chambers Street
   New York, NY 10007