UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
REBECCA S. SHANKS,

           Plaintiff(s),

   - against -

UNITED STATES OF AMERICA, PETER ODIN.
and CONMUR CAB CORP,

           Defendant(s).
------------------------------------------------------------------x

07-CV-7253
Justice Jones

**DEFENDANTS ODIN AND CONMUR CAB CORPS' RULE 26(a) DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant(s) Odin and Conmur Cab Corp., by their attorney Marjorie Bornes, Esq., makes the following disclosures.

1. Defendant(s) Odin and Conmur Cab Corp. are unaware of any witnesses, other than the parties and any witnesses named in the police report.

2. Defendant(s) have not yet determined what documents will be used at trial as discovery has not yet been conducted.

3. Defendants have not yet retained any expert witnesses, but disclosure of the same, in accordance with the federal rules, will be made as required by the Court.

4. The applicable insurance policy issued by American Transit Insurance Company provides coverage of 100/300; a copy of the declaration sheet is attached.

Dated:   New York, New York

         May 9, 2008                    Yours etc.:

                                                                       _____
Marjorie E. Bornes, Esq
330 West 34th St, 7th Floor
New York, New York 10001
(212) 857-8252

To: **Steven B. Kaufman, Esq**
*Attorney for Plaintiff*
225 Broadway, Suite 2005
New York, New York 10007

**Michael J. Garcia**
**United States Attorney for the**
**Southern District of New York**
*Attorney for Defendant – United States of America*
86 Chambers Street, 3rd Floor
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-7253

REBECCA S. SHANKS,
                Plaintiff(s),
    - against -
UNITED STATES OF AMERICA, PETER ODIN
and CONMUR CAB CORP.,
                Defendant(s).

### DEFENDANTS ODIN AND CONMUR CAB CORP.S' RULE 26(a) DISCLOSURES

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Conmur Cab Corp and Odin*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for* _____
*Service of a copy of the within            is hereby admitted.*

*Dated*      _____
*Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a    duly entered in the office of the Clerk of the within Court on      , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon.    , one of the Judges of the within named Court, at    on    at A.M.
Dated

                                    **MARJORIE E. BORNES, ESQ.**
                                    *Attorney for Defendant(s)*
                                    *Conmur Cab Corp and Odin*
                                    330 West 34th Street - 7th Floor
                                    New York, NY 10001
                                    212-857-8252

TO:
Attorney for