# PROOF OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE RECEIVER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW.

INSURER AFFORDING COVERAGE

AMERICAN TRANSIT INSURANCE COMPANY
330 West 34th Street 10th Floor
NEW YORK, NY 10001
1 800 683-ATIC

INSURED

CONMUR CAB CORP

| AUTOMOBILE LIABILITY | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE |
|---|---|---|---|
| SCHEDULED AUTO | MP01L-A111473 | 03/01/2004 | 03/01/2005 |

| COVERAGES | LIMITS OF LIABILITY | |
|---|---|---|
| BODILY INJURY | 100,000 | EACH PERSON |
|  | 300,000 | EACH ACCIDENT |
| PROPERTY DAMAGE | 10,000 | EACH ACCIDENT |
| UNINSURED MOTORISTS (INCLUDES SUM) | 25,000 | EACH PERSON |
|  | 50,000 | EACH ACCIDENT |
| MANDATORY PERSONAL INJURY PROTECTION | 50,000 | |
| ADDITIONAL PIP | 150,000 | |
| COMPREHENSIVE | | |
| COLLISION | | |

DATE OF ISSUE   01/08/2008

CERT. FORM 09/01

*[signature]*
AUTHORIZED REPRESENTATIVE