UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x      07-CV-7253
REBECCA S. SHANKS,                                                     Justice Jones
         Plaintiff(s),
  - against -

UNITED STATES OF AMERICA, PETER ODIN.
CONMUR CAB CORP,
         Defendant(s).
----------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

    I hereby certify that on May 16, 2008, **DEFENDANTS ODIN AND CONMUR CAB CORPS' RULE 26(a) DISCLOSURES** were e-filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service.

    In addition, on May 9, 2008, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

    **STEVEN B. KAUFMAN, ESQ/ (SBK 6568)**
    Attorney for Plaintiff(s) *Shanks*
    225 Broadway – Suite 2005
    New York, NY 10007
    (212) 564-9633

    **UNITED STATES ATTORNEYS OFFICE**
    **SOUTHERN DISTRICT OF NEW YORK**
    Attorneys for Defendant(s) *United States of America*
    86 Chambers Street
    New York, NY 10007
    (212) 637-2800

_____
MARJORIE E. BORNES, ESQ (MB6505)